# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTINE FIORELLO,

    Plaintiff,

vs.                                    CASE NO. 6:06-CV-1133-ORL-19KRS

DAYTONA BEACH HEALTH AND
REHABILITATION, L.L.C.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 44, filed November 16, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 44) is **ADOPTED and AFFIRMED.** The Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 42, filed October 15, 2007) is **GRANTED.** The settlement agreement is **APPROVED,** and this case is **DISMISSED WITH PREJUDICE,** pursuant to the agreement of the parties. The Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   28th   day of November, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record